```
                            UNITED STATES DISTRICT COURT
                            SOUTHERN DISTRICT OF FLORIDA

                            CASE NO. 10-24216-CIV-MORENO
                            MAGISTRATE JUDGE P.A. WHITE

DANIEL WECKESSER,              :

     Petitioner,               :
                                          REPORT RECOMMENDING TRANSFER
v.                             :                  OF VENUE
                                              28 U.S.C. §2254
DEPARTMENT OF CORRECTIONS,     :

     Respondent.               :
_____
```

This Cause is before the Court upon a petition for writ of habeas corpus pursuant to 28 U.S.C. §2254. The petition attacks a conviction entered in the Circuit Court in Citrus County, Florida. Citrus County is in the Middle District of Florida.

A federal habeas corpus petition such as this may be filed in the District in which the State Court which convicted the petitioner is located or in the District where he is confined. 28 U.S.C. §2241(d).

The Middle District of Florida District, where the petitioner was convicted and where the records pertaining to this conviction are located, is the appropriate venue for this petition, and it is recommended that this case be transferred to that District.

Objections to this Report and Recommendation may be filed within fourteen days of receipt.

Dated this 9th day of December, 2010.

_____
UNITED STATES MAGISTRATE JUDGE

cc: Daniel Weckesser, Pro Se
    Martin CI
    Address of record